**Oscar L. HAMMER, II, and Nancy Sue Traad, Plaintiffs/Respondents,**

**v.**

**PILGRIM INVESTMENT CO., a corporation, Oscar L. Hammer and Velma W. Hammer, Roseann A. Stegall, Oscar L. Hammer, II, and Nancy Sue Traad, Guardians of the Person and Estate of Velma Hammer, Incompetent, Defendants/Appellants.**

No. 69182.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 25, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 28, 1997.

Application to Transfer Denied
April 29, 1997.

Rosann H. Stegall, St. Louis, for Defendants/Appellants.

Sarah A. Siegel, Craig A. Smith, St. Louis, for Plaintiffs/Respondents.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

***ORDER***

PER CURIAM.

Appellants appeal from an interlocutory order issued by the Circuit Court of St. Louis County ordering the sale of property in a partition action filed by Oscar L. Hammer, II and Nancy Sue Traad. On appeal, appellants raise numerous points of error.

We have read the briefs, reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose would be served by an extended written opinion. A memorandum solely for the use of the parties involved has been provided explaining the reasons for our decision. Judgment affirmed.